NUMBER
13-10-00386-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN THE INTEREST OF
T.A.G., A MINOR CHILD

 ___________________________________________________________

 

                           On
appeal from the 139th District Court 

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                            MEMORANDUM OPINION

 

                      Before Justices
Garza, Benavides, and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Josephine Rene Brown, perfected an appeal from a judgment entered by the 139th
District Court of Hidalgo County, Texas, in cause number F-1602-04-C. 
Appellant has filed a motion to dismiss the appeal on grounds that she no
longer wishes to pursue this appeal.  Appellant requests that this Court
dismiss the appeal.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Costs will be taxed against appellant. See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the appellant."). 
Having dismissed the appeal at appellant=s request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.         

PER CURIAM

Delivered and filed the 

3rd day of March, 2011.